IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

G&G CLOSED CIRCUIT EVENTS, LLC                                              PLAINTIFF

v.                              Case No. 4:14-cv-4150

JACK L. MILLS, individually and d/b/a
Fat Jack's Sports Bar a/k/a Fat Jack's
Oyster & Sport's Bar                                                        DEFENDANT

## JUDGMENT

The Court has been notified that all claims in this case have been settled. (ECF No. 18). Thus, it appears to the Court that it is not necessary that this case remain open upon the Court's docket. The trial scheduled for the week of May 23, 2016 is cancelled.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice subject to the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 17th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge